JEHAN'AD G. MARTINEZ, GUAM BAR 94018
BLAIR STERLING JOHNSON & MARTINEZ
A Professional Corporation
1411 Pale San Vitores Road, Suite 303
Tamuning, Guam 96913-4232
Telephone: (671) 477-7857
Facsimile: (671) 472-4290
E-mail: jgmartinez@bsjmlaw.com

*Attorneys for Defendant Black Construction Corporation*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM,<br><br>Plaintiff,<br><br>v.<br><br>BLACK CONSTRUCTION CORPORATION, BROWN AND CALDWELL, GEO-LOGIC ASSOCIATES f/k/a VECTOR ENGINEERING, INC. f/k/a AUSENCO VECTOR; and GHD, INC. f/k/a WINZLER & KELLEY,<br><br>Defendants. | CIVIL CASE NO. CV1:24-CV-00011<br><br>**BLACK CONSTRUCTION CORPORATION'S RULE 7.1 DISCLOSURE** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Black Construction Corporation discloses that it is wholly owned by Tutor Pacific Construction, LLC. No publicly traded corporation owns more than ten percent (10%) of Black Construction Corporation.

DATED this 9th day of September, 2024.

BLAIR STERLING JOHNSON & MARTINEZ
A PROFESSIONAL CORPORATION

By: _____
**JEHAN'AD G. MARTINEZ**
*Attorneys for Defendant Black Construction Corporation*

A56\05832-01//G:/Drive/Pld/JGM/2024.08.29 - BCC's Rule 7.1 Disclosure re
Government of Guam v Black Construction Corporation et al CV24-00011